IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACKWELL SANDERS PEPER MARTIN LLP, a Missouri limited liability partnership, <br><br> and <br><br> ERNEST M. FLEISCHER, <br>           Plaintiff, <br>   vs. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for the Benj. Franklin Federal Savings and Loan Association, Portland, Oregon, <br><br>           Defendant. | Civil Action No. 1:06-CV-01273 |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local Rule 83.2, I move that Nancy S. Jochens, and James Borthwick be admitted to practice in the United States District Court for the District of Columbia for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with Local Rule 83.2(c), I will sign all pleadings and other papers which are signed and filed by said attorney.

Pursuant to Local Rule 83.2(c), I have attached the required affidavit forms of Ms. Jochens and Mr. Borthwick in support of this motion as Exhibits 1 and 2, respectively.

Respectfully submitted,

*/s/ William F. Demarest*
_____
William F. Demarest, Jr. D.C. Bar No. 266312
Blackwell Sanders Peper Martin LLP
750 17th Street, NW
Suite 1000
Washington, D.C. 20006
Telephone: (202)378-2303
Facsimile: (202)378-2319
wdemarest@blackwellsanders.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF MAILING

      I hereby certify that a copy of the above and foregoing was served via electronic notification and United States mail, first class postage prepaid, this 1 day of August, 2006, on:

Nancy S. Jochens MO#49022
James Borthwick MO#19722
Blackwell Sanders Peper Martin LLP
4801 Main Street
Suite 1000
Kansas City, Missouri 64112
(816)983-8000

Attorneys for Plaintiff

_____
Attorney for Plaintiff