**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLACKWELL SANDERS PEPER MARTIN LLP, a Missouri limited liability partnership, <br><br> and <br><br> ERNEST M. FLEISCHER, <br>        Plaintiff, <br> vs. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for the Benj. Franklin Federal Savings and Loan Association, Portland, Oregon, <br>        Defendant. | Civil Action No. 1:06-CV-01273 |

**AFFIDAVIT OF NANCY SUE JOCHENS**

STATE OF MISSOURI    )
                                 ) ss:
COUNTY OF JACKSON   )

NANCY S. JOCHENS, being duly sworn, deposes and says:

1. My full name is Nancy Sue Jochens.

2. I practice with the firm of Blackwell Sanders Peper Martin, LLP whose office address is 4801 Main Street, Suite 1000, Missouri 64112. My telephone number is (816)983-8000.

3. I am a partner with the law firm of Blackwell Sanders Peper Martin LLP in Kansas City, Missouri. I submit this Affidavit in support of Plaintiff's motion for my admission *pro hac vice* to represent Plaintiff in this matter, pursuant to Local Rule 83.2(d) of the District Court for the District of Columbia.

4. I am a member in good standing of the bars of the States of Missouri and Kansas. I also am admitted to practice before the following federal courts: the United States District Courts for the Western and Eastern Districts of Missouri and the United States District Court for the District of Kansas.

5. I certify that I have not been disciplined by any bar of which I am a member, and/or any bar.

6. I have never been admitted before this Court *pro hac vice*.

7. I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia bar, nor do I have an application for membership pending.

8. It is respectfully requested that I be admitted *pro hac vice* to represent Plaintiff in this matter.

_____
NANCY S. JOCHENS, ESQ.

Subscribed and sworn to before me, a notary public, this 2nd day of August, 2006.

_____
Notary Public

My Commission Expires:

**SHERRY A. KRUPKA**
**Notary Public - Notary Seal**
**STATE OF MISSOURI**
Clay County
My Commission Expires: May 20, 2007