## EXHIBIT 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BLACKWELL SANDERS PEPER MARTIN LLP, a Missouri limited liability partnership, | ) ) ) | |
| and | ) ) ) | |
| ERNEST M. FLEISCHER, Plaintiff, | ) ) ) | Civil Action No. 1:06-CV-01273 |
| vs. | ) ) | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for the Benj. Franklin Federal Savings and Loan Association, Portland, Oregon, | ) ) ) ) ) | |
| Defendant. | ) | |

## AFFIDAVIT OF JAMES BORTHWICK

STATE OF MISSOURI   )
                    ) ss:
COUNTY OF JACKSON   )

JAMES BORTHWICK, being duly sworn, deposes and says:

1. My full name is James Ross Borthwick.

2. I practice with the firm of Blackwell Sanders Peper Martin, LLP whose office address is 4801 Main Street, Suite 1000, Missouri 64112. My telephone number is (816)983-8000.

3. I am a partner with the law firm of Blackwell Sanders Peper Martin LLP in Kansas City, Missouri. I submit this Affidavit in support of Plaintiff's motion for my admission *pro hac vice* to represent Plaintiffs in this matter, pursuant to Local Rule 83.2(d) of the District Court for the District of Columbia.

4.    I am a member in good standing of the bars of the States of Missouri and Kansas. I also am admitted to practice before the following federal courts: the United States District Court for the Western District of Missouri and the United States District Court for the District of Kansas, the Eighth Circuit Court of Appeals, the Tenth Circuit Court of Appeals, and the United States Supreme Court.

5.    I certify that I have not been disciplined by any bar of which I am a member, and/or any bar.

6.    I have never been admitted before this Court *pro hac vice.*

7.    I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia bar, nor do I have an application for membership pending.

8.    It is respectfully requested that I be admitted *pro hac vice* to represent Plaintiff in this matter.

JAMES BORTHWICK, ESQ.

Subscribed and sworn to before me, a notary public, this 2nd day of August, 2006.

Notary Public

My Commission Expires:



CHERYL D. CROUCH
Jackson County
My Commission Expires
June 9, 2007