# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **BLACKWELL SANDERS PEPER MARTIN, LLP,**<br><br>and<br><br>**ERNEST M. FLEISCHER,**<br><br>           Plaintiffs,<br><br>v.<br><br>**FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR THE BENJ. FRANKLIN FS&LA, PORTLAND, OREGON**<br><br>           Defendant. | Civil Case No. 06-01273 (EGS) |

## ORDER
### TO CONSOLIDATE CASES, DESIGNATE LEAD CASE, DISMISS ASSOCIATED CASES, AND ADD PARTIES FROM ASSOCIATED CASES TO LEAD CASE

IT IS HEREBY ORDERED that the cases identified below be consolidated for all further proceedings and the entry of judgment.

1) *Benj. Franklin Shareholders Litigation Fund v. FDIC*, No. 1:06CV01025 (EGS)

2) *Winston & Strawn, LLP v. FDIC*, No. 1:06CV01120 (EGS)

3) *Willner & Associates, P.C. v. FDIC*, No. 1:06CV01227 (EGS)

4) *Blackwell Sanders Peper Martin, LLP, and Ernest M. Fleischer v. FDIC*, No. 1:06CV01273 (EGS)

IT IS FURTHER ORDERED that *Benj. Franklin Shareholders Litigation Fund v. FDIC*, No. 1:06CV01025 (EGS) be designated as the lead case.

2

IT IS FURTHER ORDERED that all associated cases be dismissed.

IT IS FURTHER ORDERED that the clerk add the parties from the associated cases to the lead case.


_____                    _____
Emmett G. Sullivan                                                                     Date
United States District Judge