UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BLACKWELL SANDERS PEPER MARTIN, LLP**, a Missouri limited liability partnership, and **ERNEST M. FLEISCHER**, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Case No. 06-01273 (EGS)<br>)<br>) |
| **FEDERAL DEPOSIT INSURANCE CORPORATION**, as Receiver for the Benj. Franklin Federal Savings and Loan Association, | )<br>)<br>)<br>)<br>) |
| Defendant. | ) |

**MOTION FOR LEAVE TO FILE
BLACKWELL SANDERS' MEMORANDUM OF POINTS
AND AUTHORITIES IN PARTIAL OPPOSITION
TO FDIC's MOTION TO CONSOLIDATE CASES
<u>OUT OF TIME</u>**

Plaintiffs' respectfully request the Court's permission to file its Memorandum of Points and Authorities in Partial Opposition out time for the reasons that follow:

1. The FDIC's pending motion to consolidate this action with three others already pending in this Court[1] was filed on August 11, 2006.

2. Plaintiffs' inadvertently calendared the response deadline as September 18, 2006, when their response was due on August 25, 2006.

3. This error has come to Plaintiffs' attention and we apologize for failing to take better care to ensure that the dates were properly calculated and calendared.

---

[1] The FDIC has moved to consolidate the following cases in which it is the named defendant: *Blackwell Sanders, et al. v. FDIC*, No. 1:06CV01273; *Winston & Strawn, LLP v. FDIC*, No. 1:06CV01120; *Willner & Assoc. v. FDIC*, 1:06CV1227 (collectively, the "Attorneys' Fee Cases") and *Benj. Franklin Shareholders Litigation Fund v. FDIC*, No. 1:06CV01025 ("Litigation Fund").

4. The FDIC's motion states that the FDIC has consulted with Plaintiffs, and that Plaintiffs have no objection to consolidation with the two attorneys' fee cases, but object to consolidation of their cause of action with that of the Benj. Franklin Litigation Fund.

5. Plaintiffs do not now seek to change their position. However, if permitted, Plaintiffs' will explain that they are in a different position than the other two attorney claimants with respect to the method by which their fees should be determined.

6. The filing of Plaintiffs' Memorandum of Points and Authorities in Partial Opposition out of time will not prejudice any party, nor result in undue delay of these proceedings.

WHEREFORE, for the reasons set forth herein, Plaintiffs respectfully request leave to file its Memorandum of Points and Authorities in Partial Opposition to the FDIC's Motion to Consolidate out of time.

Dated: September 7, 2006

Respectfully Submitted,

/s/ *Nancy S. Jochens*
James Borthwick      MO #19722
Nancy S. Jochens     MO #49022
Blackwell Sanders Peper Martin LLP
4801 Main Street, Suite 1000
Kansas City, Missouri  64112
Phone: (816) 983-8000
Facsimile: (816) 983-8080

/s/ *William F. Demarest, Jr.*
William F. Demarest, Jr. (D.C. Bar No. 266312)
Blackwell Sanders Peper Martin LLP
750 17th Street N.W., Suite 1000
Washington, D.C. 20006-3901
Phone: (202) 378-2300
Facsimile: (202) 378-2319

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of above and foregoing document was filed electronically with the above-captioned Court, with notice of case activity generated and sent electronically by the Clerk of the Court to those requesting notice.

                /s/ *Nancy S. Jochens*
                Nancy S. Jochens