UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WINSTON & STRAWN LLP,** ) <br> ) <br> and ) <br> ) <br> **WILLNER & ASSOCIATES, PC** ) <br> ) <br> and ) <br> ) <br> **BLACKWELL SANDERS PEPER MARTIN** ) <br> and ) <br> **ERNEST FLEISCHER** ) <br> ) <br> Consolidated Plaintiffs, ) <br> ) <br> ) <br> v. ) <br> ) <br> **FEDERAL DEPOSIT INSURANCE** ) <br> **CORPORATION,** as Receiver for the ) <br> Benj. Franklin Federal Savings and ) <br> Loan Association, Portland, Oregon, ) <br> ) <br> Defendant. ) | Case No. 1:06CV01120 (EGS) <br><br> [Consolidated with No. 06-01227 (EGS) and No. 06-01273 (EGS)] |

## ENTRY OF APPEARANCE

Plaintiff Don S. Willner, a member of the Bar of this Court and of the law firm of Don S. Willner & Associates, PC, hereby enters his appearance pursuant to LDVR 83.6(a) as additional counsel for plaintiff in this action.

        Respectfully submitted,

        _/s/Don S. Willner_

| Of Counsel: | DON S. WILLNER |
|---|---|
| KELBY D. FLETCHER | Don S. Willner & Associates, P.C. |
| Peterson, Young, Putra, Fletcher, | 630 Sunnyside Road |
|   Knopp & Wampold, P.S. | Trout Lake, WA  98650 |
| 2800 Century Square | Tel:   509-395-2000 |
| 1501 Fourth Avenue | Fax:  509-395-2939 |
| Seattle, WA  98101-1609 | |
| Tel:   206-624-6800 | |
| Fax:  206-682-1415 | |

        _/s/Jeremiah A. Collins_
JEREMIAH A. COLLINS
Bredhoff & Kaiser, P.L.L.C.
805 15th Street, N.W., Suite 1000
Washington, DC  20005
Tel:   202-842-2600
Fax:  202-842-1888

Counsel for Plaintiff