Winston _Strawn LLP * 2/2
JUN-14-06 WED 10:01 AM   A SIEMENS        FAX NO. 760 324 4448        P. 02

## DECLARATION OF ABE SIEMENS

My name is Abe Siemens. I am over 21 years of age, I have personal knowledge of the facts and matters attested to in this Declaration, and I am competent to be a witness as to the facts and matters attested to in this Declaration.

1. I am the owner of 346,000 shares of Benj. Franklin stock. For a number of years I have been following the Benj. Franklin litigation in the Court of Federal Claims as well as the tax claim filed by the IRS against the FDIC Receiver in federal court in Washington, D.C.

2. In the course of my involvement with the case, I have become familiar with the work that Winston & Strawn LLP has performed in defending the Receivership against the $1 billion tax claim of the IRS and in settling that claim for $50 million.

3. I have carefully considered Winston & Strawn LLP's claim for a success fee. I fully support its request and I believe it is totally reasonable under the circumstances. The case at issue involved novel and complex tax issues with a most difficult adversary, the IRS.

4. Moreover, Winston & Strawn LLP undertook a substantial risk when it agreed to be paid only 25 percent of their standard hourly rates up front because, at that point, due to the novel and complex nature of the case, the firm stood a good chance of never recovering more.

5. Considering these circumstances, the award of a success fee of twice Winston & Strawn LLP's normal hourly rate would be conservative and, in any event, very reasonable.

6. Considering that the FDIC's primary role in this matter is to serve the interests of the shareholders, and that most shareholders supported Winston & Strawn LLP's fee petition, I believe that the FDIC made a mistake by disregarding the will of the shareholders and denying a portion of Winston & Strawn LLP's claim.

06 1120
**FILED**
JUN 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JUN-14-06 WED 10:01 AM   A SIEMENS              FAX NO. 760 324 4448              P. 01

7.  Accordingly, in my view, Winston & Strawn LLP's request for a success fee should be granted in full.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief. Executed this 14 day of June 2006.

*Abe Siemens* (signature)

Abe Siemens

6-14-06
Post-It™ brand fax transmittal memo 7671  # of pages ▶
To: TOM BUCHANAN   From: ABE SIEMENS
Co.                 Co.
Dept.               Phone # 760-324-5087
Fax # 202-282-5100  Fax # 324-4448

2

DC:469117.1