# WINSTON & STRAWN

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-0703

45 RUE DU RHONE
1204 GENEVA, SWITZERLAND

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

1400 L STREET, N.W.
WASHINGTON, D.C. 20005-3502

(202) 371-5700

FACSIMILE (202) 371-5950

www.winston.com

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

21 AVENUE VICTOR HUGO
75116 PARIS, FRANCE

WRITER'S DIRECT DIAL NUMBER
(202) 371-5787
tbuchana@winston.com

May 9, 2003

**ATTORNEY-CLIENT PRIVILEGED**
**ATTORNEY WORK PRODUCT**

**VIA FACSIMILE**

C. Robert Suess
508 Cerritos Way
Cathedral City, CA 92234

Re: <u>Suess, et al. v. United States</u>

Dear Bob:

In 1990 you retained Winston & Strawn and Don Willner to represent you and the other shareholders of Benj. Franklin in a lawsuit against the United States for the unlawful seizure of Benj. Franklin in February 1990. Recently, due to a conflict with Don Willner, and with Don Willner's approval, you retained Winston & Strawn to provide you advice concerning the ongoing litigation on the Benj. Franklin lawsuit in the Court of Federal Claims, as well as on the IRS' lawsuit in the Federal District Court for the District of Columbia. The purpose of this letter is to put in writing our agreement on the fees that will be paid to Winston & Strawn for representing you and the other shareholders in attempting to negotiate a settlement with regard to the IRS tax claim with the Department of Justice.

I have raised with you the prospect of our receiving a success fee for our work on this matter, particularly considering that we have discounted our hourly rates by two-thirds ($125.00 an hour) and we have done most all of the legal work regarding the negotiation with the IRS and the FDIC on the IRS $500 million tax claim. You have agreed that a success fee would be in order, and asked that the success fee be in the form of a multiple of our normal hourly rates, as opposed to a percentage of any reduction in the total tax claim of the IRS. We agree that a multiple of our hourly rates would be a fair fee agreement, and therefore, we would propose the following:

> ➤ In the event we achieve a settlement which is acceptable to a sufficient number of shareholders to obtain approval of the settlement, then we would receive a success fee of two times our normal hourly rates, up to 600 hours. For any hours beyond that amount, we would receive our normal hourly rates. Against this amount would be set

WINSTON & STRAWN
C. Robert Suess
May 9, 2003
Page 2 of 2

off any fees you have already paid us. This success fee would be paid out of the surplus prior to a distribution to the shareholders.

The attorneys primarily responsible for the work are myself, Mitch Moetell and Jesse Eggert. Our billing rates last year were: $425-Tom Buchanan; $450-Mitch Moetell; and $175-Jesse Eggert. This year they are: $445-Tom Buchanan; $475-Mitch Moetell; and $200-Jesse Eggert.

This fee agreement only relates to negotiations with the IRS, and does not concern work done in the event a settlement is not achieved, and litigation ensues, which would require the intervention of you, and possibly other shareholders, with Winston & Strawn as your counsel. In the case a settlement is not realized and litigation ensues, a new and separate agreement would have to be negotiated.

If this fee agreement is acceptable, please sign below, and return it to me.

Sincerely,

Thomas M. Buchanan

AGREED AND ACCEPTED

_____
C. Robert Suess

Dated: May 9, 2003

306679.1