UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WINSTON & STRAWN LLP, ) <br> ) <br> and ) <br> ) <br> DON S WILLNER & ASSOCIATES, P.C. ) <br> ) <br> and ) <br> ) <br> BLACKWELL SANDERS PEPER MARTIN ) <br> and ) <br> ERNEST M. FLEISCHER ) <br> ) <br>          Consolidated Plaintiffs, ) <br> ) <br>    v. ) <br> ) <br> FEDERAL DEPOSIT INSURANCE ) <br> CORPORATION, AS RECEIVER FOR ) <br> THE BENJ. FRANKLIN FS&LA, ) <br> PORTLAND, OREGON ) <br> ) <br>          Defendant. ) <br> ) | Civil Case No. 06-01120 (EGS) <br><br> [Consolidated with No. 06-01227 (EGS) and No. 06-01273 (EGS)] |

## PROPOSED ORDER

Having reviewed the motion, the Court finds partial Summary Judgment should be granted in favor of plaintiffs. It is therefore ORDERED

Plaintiffs are entitled as a matter of law to a percentage fee from the assets of the Benj Franklin Savings & Loan Receivership Estate.

After an evidentiary hearing, the Court will determine the amount of a reasonable percentage.

Dated:_____

                                                      _____
                                                                               Judge

Submitted By:

/s/ William F. Demarest, Jr.
William F. Demarest, Jr. (D.C. Bar No. 266312)
Blackwell Sanders Peper Martin LLP
750 17th Street N.W., Suite 1000
Washington, D.C. 20006-3901
Phone: (202) 378-2300
Facsimile: (202) 378-2319

and

James Borthwick     (MO #19722)
Nancy S. Jochens    (MO #49022)
Blackwell Sanders Peper Martin LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Phone: (816) 983-8000
Facsimile: (816) 983-8080
*Attorneys for Blackwell Sanders Peper Martin, LLP and Ernest M. Fleischer*