IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WINSTON & STRAWN LLP, )<br>)<br>and )<br>)<br>DON WILLNER & ASSOCIATES, P.C. )<br>)<br>and )<br>)<br>BLACKWELL SANDERS PEPER, MARTIN )<br>)<br>and )<br>)<br>ERNEST M. FLEISHER )<br>)<br>      Consolidated Plaintiffs, )<br>)<br>V. )<br>)<br>FEDERAL DEPOSIT INSURANCE )<br>CORPORATION, AS RECEIVER FOR )<br>THE BENJ. FRANKLIN FS&LA, )<br>PORTLAND, OREGON )<br>COLUMBIA, et al., )<br>)<br>      Defendant. ) | Civil Case No. 06-1120 (EGS)<br><br>[Consolidated with No. 06-1227 (EGS) and No. 06-1273 (EGS)] |

## ORDER

With the consent of counsel for the parties, it is by the Court this __14th__ day of __August__, 2007 hereby

ORDERED, that the pending attorney fees disputes between the defendant and plaintiff Don

S. Willner & Associates, P.C. in the above captioned matter is referred for mediation pursuant to local rule 84 for a period of 90 days; and it is

FURTHERED ORDERED that counsel and the parties, including persons with settlement authority, shall attend the mediation sessions as required by the mediator; and it is

FURTHER ORDERED that the Clerk of the Court is directed to furnish a copy of ths Order to the Circuit Executive for the purpose of assigning a mediator.

SO ORDERED.

-------------------------------
United States District Judge