UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WINSTON & STRAWN LLP, )<br>)<br>and )<br>)<br>WILLNER & ASSOCIATES, P.C. )<br>)<br>and )<br>)<br>BLACKWELL SANDERS PEPER MARTIN )<br>and )<br>ERNEST M. FLEISCHER, )<br>)<br>   Consolidated Plaintiffs, )<br>)<br>v. )<br>)<br>FEDERAL DEPOSIT INSURANCE )<br>CORPORATION, AS RECEIVER FOR )<br>THE BENJ. FRANKLIN FS&LA, )<br>PORTLAND, OREGON )<br>)<br>   Defendant. )<br>) | **FILED**<br>NOV 2 8 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>Civil Case No. 06-01120 (EGS)<br><br>[Consolidated with No. 06-01227 (EGS) and No. 06-01273 (EGS)] |

## ORDER

Pursuant to this Court's order dated August 14, 2007, Winston & Strawn LLP and the Federal Deposit Insurance Corporation, as receiver for the Benj. Franklin FS&LA (sometimes hereinafter "FDIC-Receiver"), submitted their dispute in the above-captioned consolidated attorney fee case to mediation/arbitration before Daniel E. Toomey of Duane Morris LLP. On November 26, 2007, Mr. Toomey submitted a recommendation to the Court that "Winston & Strawn receive an award of $574,937.99, as additional compensation to them in the form of attorney's fees." This recommendation was contingent on the agreement by Winston & Strawn



and the FDIC-Receiver to "waive any rights they may have to fees, cost, and expenses for defending or prosecuting this case." Winston & Strawn and the FDIC-Receiver further waived "any rights they may have to contest or appeal this recommendation and the Court's order incorporating the recommendation."

UPON CONSIDERATION of Mr. Toomey's recommendation and the consent of Winston & Strawn and the FDIC-Receiver to the conditions reflected in Mr. Toomey's recommendation pursuant to the Court's order of August 14, 2007, it is hereby:

ORDERED, that the clerk of the Court shall enter final judgment in favor of Winston & Strawn and against the FDIC, as receiver for the Benj. Franklin FS&LA, in the amount of $574,937.99; and it is further

ORDERED, that Winston & Strawn and the FDIC-Receiver shall bear their own fees, costs, and expenses in connection with this litigation; and it is further

ORDERED, that Winston & Strawn and the FDIC-Receiver have waived any rights they may have to contest or appeal this order incorporating Mr. Toomey's recommendation.

ENTERED this 27th day of November 2007.

EMMET G. SULLIVAN
United States District Court Judge